## PITTSBURGH, CINCINNATI, CHICAGO & ST. LOUIS RAILWAY COMPANY *v.* SIMPSON.

[No. 5,556. Filed February 2, 1906.]

From Miami Circuit Court; *Joseph N. Tillett,* Judge.

Action by Edward Simpson against the Pittsburgh, Cincinnati, Chicago & St. Louis Railway Company. From a judgment for plaintiff for $1,200, defendant appeals. *Reversed.*

*George E. Ross,* for appellant.
*Nelson, Myers & Yarlott* and *Bailey & Cole,* for appellee.

PER CURIAM.—Appellee confesses error in the record and proceedings in the above entitled cause and asks that the judgment appealed from be reversed. On this confession of error the judgment of the trial court is reversed and a new trial ordered.

## SWING, TRUSTEE, *v.* EVANSVILLE ICE & COLD STORAGE COMPANY ET AL.

[No. 5,575. Filed March 6, 1906.]

From Superior Court of Vanderburgh County; *John H. Foster,* Judge.

Action by James B. Swing, trustee for the creditors of the Union Mutual Fire Insurance Company, against the Evansville Ice & Cold Storage Company and another. From a judgment for defendants, plaintiff appeals. *Reversed.*

*Van Buskirk & Osborn* and *P. A. Reece,* for appellant.
*Gilchrist & DeBruler* and *J. D. Welman,* for appellees.

ROBY, C. J.—This is an action brought by appellant as trustee for the creditors of the Union Mutual Fire Insurance Company of Cincinnati against appellees, upon their liability as policy holders therein, for an assessment decreed by the supreme court of the State of Ohio for the payment of the unpaid losses of said company, incurred during the time appellees held their policies. The judgment herein depends upon the same propositions that are considered by the Supreme Court in *Swing* v. *Hill* (1905), 165 Ind. 411. Upon the authority of that case the judgment herein is reversed, and the cause remanded, with instructions to sustain appellant's motion for a new trial, and for further proceedings.